FILED
2008 AUG 19 AM 11:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>              )<br>     Plaintiff,   )<br>              )<br>     v.       )<br>              )<br>SERGIO PEREZ-OCHOA (T/N) (1),   )<br> aka Daniel Perez-Soto;   )<br>GERMAN AGUIRRE-SAENZ (T/N) (2),  )<br> aka Rodolfo Anzaldo-Rangel,   )<br>WILMER GIOVANY OLMEDO (3),   )<br>              )<br>     Defendants.   )<br>_____ ) | Criminal Case No. 08CR2589-LAB<br><br>I N D I C T M E N T<br>   (Superseding)<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The grand jury charges:

Count 1

On or about July 25, 2008, within the Southern District of California, defendants SERGIO PEREZ-OCHOA (T/N), aka Daniel Perez-Soto, GERMAN AGUIRRE-SAENZ (T/N), aka Rodolfo Anzaldo-Rangel, and WILMER GIOVANY OLMEDO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fidencio Pedraza-Avalos, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

CMM:nlv(1):San Diego
8/19/08

Count 2

On or about July 25, 2008, within the Southern District of California, defendants SERGIO PEREZ-OCHOA (T/N), aka Daniel Perez-Soto, GERMAN AGUIRRE-SAENZ (T/N), aka Rodolfo Anzaldo-Rangel, and WILMER GIOVANY OLMEDO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose De Jesus Villagran-Palacios, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about July 25, 2008, within the Southern District of California, defendants SERGIO PEREZ-OCHOA (T/N), aka Daniel Perez-Soto, GERMAN AGUIRRE-SAENZ (T/N), aka Rodolfo Anzaldo-Rangel, and WILMER GIOVANY OLMEDO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Alejandre-Cerdejas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: August 19, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHRISTINA M. MCCALL
Assistant U.S. Attorney